IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.   14-cv-02231-RM-MEH** | FTR – Courtroom A501 |
| **Date:   October 28, 2014** | Molly Davenport, Courtroom Deputy |

JONATHAN SHIELDS, et al
    Plaintiff,                                              Allison Lee Ruttenberg

v.

JENNIFER DUNCAN, et al                      Christopher Alber
    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

**Court in session:   9:52 a.m**.

The Court calls case.   Appearances of counsel.

Christopher Alber will be filing a Motion to Enroll on behalf of all defendants.

Motion for Leave to File Amended Complaint by Plaintiff [docket #19] is DISMISSED AS MOOT.   The plaintiff will file an Amended Complaint.

Scheduling Conference is set for **January 8, 2015 at 10:00 a.m.** before Magistrate Judge Hegarty in Courtroom A 501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

**Court in recess:   10:18 a.m**.           (Hearing concluded)
Total time in court:    0:26

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.