### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter:   Terri Lindblom | Date:  May 22, 2015 |

**CIVIL CASE NO.    14-cv-02231-RM-MEH**

| | |
|---|---|
| JONATHAN SHIELDS, *et al.*, | Alison Ruttenberg |
| Plaintiffs, | |
| v. | |
| THERESA DAWES, *et al.*, | Christopher Alber<br>Alan Hassler |
| Defendants. | |

### COURTROOM MINUTES

**EVIDENTIARY HEARING – PRELIMINARY INJUNCTION**
**COURT IN SESSION**:     **2:00 p.m.**
Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

2:04 p.m.     Plaintiff, Eric Petersen, called and sworn.
              Direct examination by Ms. Ruttenberg.

2:13 p.m.     Discussion regarding exhibits.   Questions by the Court.

Plaintiff's exhibits 1-15 admitted.

Defendants' exhibit A admitted.

2:14 p.m.     Continued direct examination by Ms. Ruttenberg.

2:36 p.m.     Cross examination begins by Mr. Alber.

2:39 p.m.     Redirect examination by Ms. Ruttenberg.

2:40 p.m.     Witness excused.

| | |
|---|---|
| 2:41 p.m. | Plaintiffs/Defendants witness, Tanya Ahamed, called and sworn. Direct examination begins by Ms. Ruttenberg. |
| 2:47 p.m. | Cross examination begins by Mr. Alber. |
| 2:53 p.m. | Redirect examination by Ms. Ruttenberg. |
| 2:56 p.m. | Witness excused. |
| 2:57 p.m. | Plaintiffs/Defendants witness, Thomas Pals, called and sworn. Direct examination begins by Ms. Ruttenberg. |
| 3:01 p.m. | Cross examination begins by Mr. Alber. |
| 3:14 p.m. | Redirect examination by Ms. Ruttenberg. |
| 3:16 p.m. | Witness excused. |

Comments by the Court.

**3:18 p.m.   Court in recess.**

**3:35 p.m.   Court in session.**

| | |
|---|---|
| 3:36 p.m. | Closing argument by Ms. Ruttenberg. Questions and comments by the Court. |
| 4:11 p.m. | Closing argument by Mr. Alber. |
| 4:14 p.m. | Comments and ruling by the Court. |

**ORDERED:   Plaintiffs Kerns', Christiansen's And Petersen's Motion For a Preliminary Injunction (Filed 11/16/14; Doc. No. 29) is DENIED.**

**COURT IN RECESS**:   **4:22 p.m.**
**Total in court time**:   **2:05**
**Hearing concluded**