IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02231-RM-MEH

JONATHAN SHIELDS, *et al.*,

    Plaintiff,

v.

JENNIFER DUNCAN (personal and official capacities as Plaintiff's parole officer), *et al.*,

    Defendants.

---

**ORDER**

---

    Upon consideration of Plaintiff Jonathan Shields' and Defendant Community Education Centers, Inc.'s Stipulated Motion to Dismiss Defendant Community Education Centers, Inc., with Prejudice (ECF No. 110), the Court hereby ORDERS:

    1. The Stipulated Motion to Dismiss Defendant Community Education Centers, Inc., with Prejudice (ECF No. 110) is GRANTED;

    2.  Defendant Community Education Centers, Inc. is DISMISSED, with prejudice, with each party to pay his or its own costs.

    3. Community Education Centers, Inc. shall be removed from the caption in all future filings with the Court.

    DATED this 29th day of May, 2015.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge