IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02231-RM-MEH

JONATHAN SHIELDS,
STEVEN CHRISTIANSEN,
MISTY CHRISTIANSEN,
S.C. (by and through her next friend Misty Christiansen),
JAMES KERNS,
ERIC PETERSEN,
WESLEY SPECHT,
JESSICA SPECHT,
ASHLEY CLARK,
CHRISTOPHER CLARK,
THOMAS SPITZ,
DAVID ZAYATZ,
ERIN MCCLANAHAN,
R.M. (by and through her next friend Erin McClanahan),
EARL COOLEY,
HAROLD DEAN GROVES, and
MARSHA GROVES,

    Plaintiffs,

v.

JENNIFER DUNCAN, in her individual and official capacities,
THERESA DAWES, in her individual and official capacities,
SHEFALI PHILLIPS, in an official capacity as a parole officer,
KYLI SIMMS, in an official capacity as a parole officer,
AMY TATE, in an official capacity as a parole officer,
MATTHEW SULLIVAN, in his individual and official capacities,
MIRANDA KINNETT, in her individual and official capacities,
RICK RAEMICSH, in his official capacity as Executive Director of the CDOC,
MARCELO KOPCOW, in an official capacity as SOMB Board Member,
ERIN JEMISON, in an official capacity as SOMB Board Member,
MARY BAYDARIAN, in an official capacity as SOMB Board Member,
CARL BLAKE, in an official capacity as SOMB Board Member,
ALLISON BOYD, in an official capacity as SOMB Board Member,
A. MERVYN DAVIES, in an official capacity as SOMB Board Member,
CHERYL DAVIES, in an official capacity as SOMB Board Member,
JESSICA CURTIS, in an official capacity as SOMB Board Member,
AMY FITCH, in an official capacity as SOMB Board Member,
JEFF GEIST, in an official capacity as SOMB Board Member,
MISSY GURSKY, in an official capacity as SOMB Board Member,

PEGGY HEIL, in an official capacity as SOMB Board Member,
WILLIAM HILDEBRAND, in an official capacity as SOMB Board Member,
NANCY JOHNSON, in an official capacity as SOMB Board Member,
JEFF JENKS, in an official capacity as SOMB Board Member,
DIANNA LWYER-BROOK, in an official capacity as SOMB Board Member,
TOM LEVERSEE, in an official capacity as SOMB Board Member,
RICHARD BEDNARSKI, in an official capacity as SOMB Board Member,
JOHN ODENHEIMER, in an official capacity as SOMB Board Member,
JESSICA MEZA, in an official capacity as SOMB Board Member,
ANGEL WEANT, in an official capacity as SOMB Board Member,
MIMI SCHEUERMANN, in an official capacity as SOMB Board Member,
DOUG STEPHENS, in an official capacity as SOMB Board Member,
BRANDON SHAFFER, in an official capacity as Colorado Parole Board Member,
REBECCA OAKES, in an official capacity as Colorado Parole Board Member,
DENISE BALAZIC, in an official capacity as Colorado Parole Board Member,
JOE MORALES, in an official capacity as Colorado Parole Board Member,
JOHN O'DELL, in an official capacity as Colorado Parole Board Member,
ALFREDO PENA, in an official capacity as Colorado Parole Board Member,
MARJORIE LEWIS, in an official capacity as Colorado Parole Board Member,
MIN U KIM a/k/a Soo Kim or Kim Soo, d/b/a Carriage Motor Inn, 9201 E. Colfax Ave.,
MOTEL 9 LLC, and
COMMUNITY EDUCATION CENTER, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2015.**

    Plaintiffs' Motion for Leave to Submit Supplemental Authority and Documents in Response to the State Defendants' Motion to Dismiss [filed August 26, 2015; docket #137] is **granted**. Should the State Defendants choose to respond to Plaintiffs' supplemental filing, such response must be made **on or before September 11, 2015**. The Court will not, however, accept a reply.